# UNITED STATES DISTRICT COURT
### DISTRICT OF NEBRASKA
### ROOM 586
### ROBERT V. DENNEY FEDERAL BUILDING
### 100 CENTENNIAL MALL NORTH
### LINCOLN, NEBRASKA 68508

RICHARD G. KOPF
CHIEF UNITED STATES DISTRICT JUDGE

TELEPHONE
402-437-5252
FAX
402-437-5681
E-MAIL
Kristin_Leininger@ned.uscourts.gov

April 7, 2004

*Via Federal Express*

Judge Mary M. Lisi
Chair
Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C. 20544

RE:   Calendar Year 2003 Filing

Dear Judge Lisi:

Thank you for your letter dated April 2, 2004, received in my chambers on April 6, 2004. You request clarification of a portion of Part VIII of my 2003 report. Specifically, you request the disclosure of "all assets subject to" the power of attorney therein mentioned.

On April 7, 2004, I spoke with Dottie Able of your Committee and explained my situation in detail in relation to the clarification that you sought. She gave me helpful advice. Pursuant to that information, I now clarify that with respect to Power of Attorney # 1 held by me, in calendar year 2003, I had no awareness of and exerted no control over any assets other than the non-interest bearing account mentioned in Part VIII of my original 2003 report. I herewith amend Part VIII of my 2003 report accordingly.

As you requested, the original and three copies of this letter are enclosed. Pursuant to my personal practice, copies are also provided to our local clerk's office for dissemination to the public upon request.

I trust this letter is responsive. If not, please do not hesitate to contact me.



Chief District Judge

Enclosures

cc:   Denise M. Lucks, Chief Deputy Clerk (with enclosure)
      Patricia S. Merritt, Deputy-in-Charge (with enclosure)

| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | **Report Required by the Ethics**<br>**in Government Act of 1978**<br>**(5 U.S.C. app. §§ 101-111)** |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Kopf, Richard G | 2. Court or Organization<br><br>U.S. Dist.Ct. Dist.of Nebraska | 3. Date of Report<br><br>03/08/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Chief Article III Judge-active | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ⦿ Annual    ◯ Final | 6. Reporting Period<br><br>01/01/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>586 Federal Building<br>100 Centennial Mall North<br>Lincoln, NE 68508 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page. -

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Historical Society of the United States Courts in the Eighth Circuit |
| 2. Attorney-in-Fact | Holder of Power of Attorney for ▇▇▇▇ in Foreign Country |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAR 9 11 55 AM '04 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kopf, Richard G | 03/08/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | W-2 Income, U.S. Courts (not reportable) | 0.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kopf, Richard G | 03/08/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

# FINANCIAL DISCLOSURE REPORT
## Page 1 of 1

| Name of Person Reporting | Date of Report |
|---|---|
| Kopf, Richard G | 03/08/2004 |

## VII. INVESTMENTS and TRUSTS – income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code I<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  Wells Fargo Bank, Lincoln, NE (Cash) | A | Interest | K | T | | | | | |
| 2.  Equitable Life Insurance, Des Moines, IA (Variable Life) | | None | L | T | | | | | |
| 3.  Equitable Life Insurance, Des Moines, IA (Annuity) | | None | J | T | | | | | |
| 4.  Alliance Growth Mutual Fund Class B, Secacus, NJ | | None | J | T | | | | | |
| 5.  Alliance Growth Mutual Fund Class B, Secacus, NJ | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Kopf, Richard G | Date of Report<br><br>03/08/2004 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

As noted in Part I of this Report, in 2003 I held a power of attorney for ████████████ who is residing in a foreign country. In that capacity, I exercised control over a non-interest bearing checking account. I did not exercise control over assets or income reportable under Part VII.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kopf, Richard G | 03/08/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu [redacted]                                    Date _March 8, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544